# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

JEROME DAVIS,

    Plaintiff,

vs.

FORMICA CORP.,

Case No. 1:1-cv-90

Spiegel, J.
Litkovitz, M.J.

**ORDER**

This matter is before the Court pursuant to a telephonic discovery conference held February 15, 2013, regarding the parties' inability to agree on dates and times of depositions of certain witnesses. As stated during the conference, plaintiff has two days to complete the following depositions which shall proceed as follows:

March 27, 2013

    9:00 a.m.: Deposition of Bryan Mesina
    2:00 p.m.: Deposition of Terry Honaker
    4:00 p.m.: Deposition of Jack Heisel

March 28, 2013

    9:00 a.m.: Deposition of Gavin Dillon
    12:00 p.m.: Deposition of John Hibbs
    2:00 p.m.: Deposition of Mark Ferguson

Plaintiff is permitted to go beyond the scheduled time slots during the deposition of any witness at his discretion, in conformity with all local and federal rules. Further, the deposition of Steve Valentine, a witness currently located in Thailand, shall commence on March 29, 2013 between 6:00 a.m. and 8:00 a.m. Eastern Standard Time. Counsel for defendant shall confirm that Mr. Valentine will be available at this time and, in the event that he is not, shall inform plaintiff's

counsel forthwith and provide an alternative date and/or time for the deposition.

**IT IS SO ORDERED.**

Date: 2/15/13

Karen L. Litkovitz
United States Magistrate Judge